

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 04-10042-CIV-MOORE

STEVEN LECKLITNER,

    Plaintiff,

vs.

ROGER WAGNON, CHRISTOPHER GANEM,
DONNA WAGNON,

    Defendants.
_____/



**ORDER OF DISMISSAL**

THIS CAUSE case before the Court upon commencement of trial in the above-captioned case on June 14, 2005. Plaintiff failed to appear for trial and Defendants moved to dismiss this case for failure to appear when called for trial.

UPON CONSIDERATION of the Motion, the record in this case and being otherwise duly advised in the premises, the Court enters the following Order.

The Complaint in this case was filed on June 10, 2004 (DE #1). On August 25, 2004 this case was closed for failure to file a joint scheduling report in accordance with this Court's June 14, 2004 Order (DE #11). On September 20, 2004 this case was re-opened upon the parties' filing of their joint scheduling report (DE #16). On September 21, 2004 this case was set for trial commencing the two-week trial period of June 13, 2005 in Key West (DE #18). On January 14, 2005 this Court issued an Order to Show Cause why the Complaint should not be dismissed for failure to prosecute (DE #23). On January 31, 2005 this Court dismissed this action due to Plaintiff's failure to respond to this Court's January 14, 2005 Order to Show Cause (DE #24).

Plaintiff's case was re-opened on February 22, 2005 (DE #28). On June 2, 2005 this Court held a Calender Call in the above-captioned matter. During that Calendar Call the following exchange took place between the Court and Plaintiff's counsel, Cornelius Shiver.

> THE COURT: So you are number 4 for that two-week period?
>
> MR. SHIVER: Beginning the 20th.
>
> THE COURT: Beginning the 20th. And you heard the other discussions of three criminal cases ahead of you. One of them is a chance of a plea, and the other two cases look like they are --one is a one-day case, one is a two-three day case. So assuming they go, you could start as early as midweek. It might go towards the end of that week.
>
> MR. SHIVER: Judge, I know the first trial week would be problematic for me, my office. The second trial week we are fine, the 20th through the--to that week, whatever it is, the 24th or 25th, we are fine that week.
>
> THE COURT: Did you tell me something about--Did you say the 27th?
>
> MR. MC DUFF: The 27th is when he is set in Palm Beach County.
>
> THE COURT: So it may well be that the 20th, if we get through those first three criminal cases, that you start on the 20th.
>
> MR. SHIVER: That is the earliest –
>
> THE COURT: No. The 13th is the earliest.
>
> MR. SHIVER: Right. The 13th is the first trial week.
>
> THE COURT: Right. And there are three cases ahead of yours right now. And if they collapse, I am not going to wait around in Key West until the 20th. So we'll just start the case on the 13th is the earliest.
>
> MR. SHIVER: How would –
>
> THE COURT: I don't know. That is your problem.
>
> MR. SHIVER: It could be a problem, Judge. But--Okay.

At approximately 4:30 p.m. on Monday, June 13, 2005, Cornelius Shiver's office was informed

that the above-captioned matter was scheduled for trial on Tuesday, June 14, 2005 at 1:00 p.m. Plaintiff failed to appear. Thereafter, Defendants moved to dismiss this action and the Court granted Defendants' motion.

Accordingly, it is

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE. All pending motions not otherwise ruled upon are DENIED AS MOOT. The Clerk is directed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of June, 2005.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:     All counsel of record